NATHAN M. JENKINS, ESQ. (560)
JENKINS LAW FIRM
1895 Plumas Street, Suite 2
Reno, NV 89509
Telephone: (775)-829-7800
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES of the NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS PENSION TRUST FUND FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the CONSTRUCTION WORKERS VACATION SAVINGS TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS TRAINING TRUST FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE ELIZONDO, FRED REEDER, DAN RUSNAK, ELOY JARA, RICHARD DALY;<br><br>Plaintiffs,<br><br>vs.<br><br>PREMIER SCAFFOLD, INC., a California corporation; and DOES 1-10,<br><br>Defendants. | Case No. 3:18-cv-00455-RCJ-WGC<br><br>**AMENDED STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>**FIRST REQUEST** |

Plaintiffs, above-named, and Defendant Premier Scaffold, Inc., by and through their respective undersigned counsel, hereby stipulate and agree to extend the time period for Defendant Premier Scaffold, Inc. to answer, move, or otherwise plead up to and including January 23, 2019.

In this action the Plaintiffs seek audit entry against Defendant (#1). The ninety (90) day

1

extension of time is sought because the parties have agreed that an audit will be conducted and ninety days is needed to schedule and complete the audit. This extension of time promotes judicial economy because an audit is the most efficient step to resolve this matter.

This is the first request for extension of time, and is not sought for purposes of delay.

DATED this 7th day of November, 2018.

JENKINS LAW FIRM
Attorneys for Plaintiffs

By: _____
NATHAN M. JENKINS
1895 Plumas Street, Suite 2
Reno, NV 89509

DATED this 7th day of November, 2018.

LAW OFFICES OF DIETRICH & SALAMONE, PLLC
Attorneys for Defendant Premier Scaffold, Inc.

By: _____/s/ Jonathan S. Vick_____
JONATHAN S. VICK (NV Bar 8707)
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
(702) 364-4933
jvick@aalrr.com

## ORDER

IT IS SO ORDERED.

DATED this 8th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE