NATHAN M. JENKINS, ESQ. (560)
JENKINS LAW FIRM
1895 Plumas Street, Suite 2
Reno, NV 89509
Telephone: (775)-829-7800
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

TRUSTEES of the NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS PENSION TRUST FUND FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the CONSTRUCTION WORKERS VACATION SAVINGS TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS TRAINING TRUST FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE ELIZONDO, FRED REEDER, DAN RUSNAK, ELOY JARA, RICHARD DALY;

    Plaintiffs,

vs.

PREMIER SCAFFOLD, INC., a California corporation; and DOES 1-10,

    Defendants.

Case No. 3:18-cv-00455-RCJ-WGC

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

**SECOND REQUEST**

Plaintiffs, above-named, and Defendant Premier Scaffold, Inc., by and through their respective undersigned counsel, hereby stipulate and agree to extend the time period for Defendant Premier Scaffold, Inc. to answer, move, or otherwise plead up to and including March 22, 2019.

In this action the Plaintiffs seek audit entry against Defendant (#1). A ninety (90) day

1

extension of time was sought and granted because the parties agreed to an audit and ninety days was needed to schedule and perform the audit (#10). The audit was scheduled and the auditors have completed their field work at Defendant's place of business. However, the audit report will not be completed until early February 2019. The parties request an additional extension of sixty (60) days to receive and discuss the audit report. Allowing this additional extension of time will promote judicial economy because the audit report will form the basis to resolve this matter.

This is the second request for extension of time, and is not sought for purposes of delay.

DATED this 18th day of January, 2019.

JENKINS LAW FIRM
Attorneys for Plaintiffs

By: _____
NATHAN M. JENKINS
1895 Plumas Street, Suite 2
Reno, NV 89509

DATED this 18th day of January, 2019.

LAW OFFICES OF DIETRICH & SALAMONE, PLLC
Attorneys for Defendant Premier Scaffold, Inc.

By: /s/ Jonathan S. Vick
JONATHAN S. VICK (NV Bar 8707)
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
(702) 364-4933
jvick@aalrr.com

## ORDER

IT IS SO ORDERED.

DATED this 22nd day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

2