NATHAN M. JENKINS, ESQ. (560)
JENKINS LAW FIRM
1895 Plumas Street, Suite 2
Reno, NV 89509
Telephone: (775)-829-7800
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES of the NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS PENSION TRUST FUND FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the CONSTRUCTION WORKERS VACATION SAVINGS TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS TRAINING TRUST FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE ELIZONDO, FRED REEDER, DAN RUSNAK, ELOY JARA, RICHARD DALY; <br><br> Plaintiffs, <br><br> vs. <br><br> PREMIER SCAFFOLD, INC., a California corporation; and DOES 1-10, <br><br> Defendants. | Case No. 3:18-cv-00455-RCJ-WGC <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME** <br><br> **THIRD REQUEST** |

Plaintiffs, above-named, and Defendant Premier Scaffold, Inc., by and through their respective undersigned counsel, hereby stipulate and agree to extend the time period for Defendant Premier Scaffold, Inc. to answer, move, or otherwise plead up to and including April 23, 2019.

In this action the Plaintiffs seek audit entry against Defendant (#1). A ninety (90) day extension of time was sought and granted because the parties agreed to an audit and ninety days

1

was needed to schedule and perform the audit (#10). The audit was scheduled and the auditors completed their field work at Defendant's place of business. The audit report was completed February 20, 2019. The parties requested an additional extension of sixty (60) days to discuss the audit report (#12). Following review and discussion of the audit report, Plaintiffs made a written settlement demand. In response, Defendant made a written settlement offer. Plaintiffs are formulating a written counteroffer. In view of ongoing settlement negotiations, the parties request a additional extension of time to answer until April 23, 2019. Allowing this additional extension of time will promote judicial economy because the matter may be resolved without the necessity of Defendant filing an answer.

This is the third request for extension of time, and is not sought for purposes of delay.

DATED this __18__ day of March, 2019.

JENKINS LAW FIRM
Attorneys for Plaintiffs

By: _____
NATHAN M. JENKINS
1895 Plumas Street, Suite 2
Reno, NV 89509

DATED this 18th day of March, 2019.

LAW OFFICES OF DIETRICH & SALAMONE, PLLC
Attorneys for Defendant Premier Scaffold, Inc.

By: _/s/ Jonathan S. Vick_____
JONATHAN S. VICK (NV Bar 8707)
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
(702) 364-4933
jvick@aalrr.com

**ORDER**

IT IS SO ORDERED.

DATED this __19th__ day of March, 2019.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE

2