NATHAN M. JENKINS, ESQ. (560)
JENKINS LAW FIRM
1895 Plumas Street, Suite 2
Reno, NV 89509
Telephone: (775)-829-7800
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

TRUSTEES of the NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS PENSION TRUST FUND FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the CONSTRUCTION WORKERS VACATION SAVINGS TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS TRAINING TRUST FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE ELIZONDO, FRED REEDER, DAN RUSNAK, ELOY JARA, RICHARD DALY;

    Plaintiffs,

vs.

PREMIER SCAFFOLD, INC., a California corporation; and DOES 1 -10,

    Defendants.
_____/

Case No. 3:18-cv-00455-RCJ-WGC

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

**FOURTH AND FINAL REQUEST**

Plaintiffs, above-named, and Defendant Premier Scaffold, Inc., by and through their respective undersigned counsel, represent to the Court this matter has settled. The parties request this fourth and final extension to execute the Settlement Agreement and file a Stipulation for Dismissal with Prejudice. The parties respectfully request a short extension of time up to and including May 7, 2019 to file a Stipulation for Dismissal with Prejudice.

1

This is the fourth and final request for extension of time, and is not sought for purposes of delay.

DATED this 22nd day of April, 2019.

JENKINS LAW FIRM
Attorneys for Plaintiffs

By: /s/ Nathan M. Jenkins
NATHAN M. JENKINS
1895 Plumas Street, Suite 2
Reno, NV 89509

DATED this 22nd day of April, 2019.

LAW OFFICES OF DIETRICH & SALAMONE, PLLC
Attorneys for Defendant Premier Scaffold, Inc.

By: /s/ Jonathan S. Vick
JONATHAN S. VICK (NV Bar 8707)
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
(702) 364-4933
jvick@aalrr.com

## ORDER

IT IS SO ORDERED.

DATED this 23rd day of April, 2019.

William G. Cobb
UNITED STATES MAGISTRATE JUDGE

2