| | |
|---|---|
| 1 | NATHAN M. JENKINS, ESQ. (560) |
| | JENKINS LAW FIRM |
| 2 | 1895 Plumas Street, Suite 2 |
| | Reno, NV 89509 |
| 3 | Telephone: (775)-829-7800 |
| | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

TRUSTEES of the NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS PENSION TRUST FUND FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the CONSTRUCTION WORKERS VACATION SAVINGS TRUST FUND, CRAIG MADOLE, DAVE BACKMAN, CRAIG HOLT, DAN RUSNAK, ELOY JARA, RICHARD DALY; TRUSTEES of the LABORERS TRAINING TRUST FOR NORTHERN NEVADA, CRAIG MADOLE, DAVE ELIZONDO, FRED REEDER, DAN RUSNAK, ELOY JARA, RICHARD DALY;

Plaintiffs,

vs.

PREMIER SCAFFOLD, INC., a California corporation; and DOES 1-10,

Defendants.

Case No. 3:18-cv-00455-RCJ-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, through their undersigned counsel of record, that the above-entitled action, including all claims

/ / /

/ / /

/ / /

1

filed therein, shall be dismissed with prejudice with each party to bear its own costs and attorneys' fees.

DATED this 7th day of May, 2019.

JENKINS LAW FIRM
Attorneys for Plaintiffs

By: /s/ Nathan M. Jenkins
NATHAN M. JENKINS
1895 Plumas Street, Suite 2
Reno, NV 89509

DATED this 7th day of May, 2019.

LAW OFFICES OF DIETRICH & SALAMONE, PLLC
Attorneys for Defendant Premier Scaffold, Inc.

By: /s/ Jonathan S. Vick
JONATHAN S. VICK (NV Bar 8707)
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
(702) 364-4933
jvick@aalrr.com

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, and good cause appearing therefor;

IT IS HEREBY ORDERED that the above-entitled action, including all claims and counterclaims filed therein, shall be, and the same hereby is, dismissed with prejudice with each party to bear its own costs and attorneys' fees.

DATED this 8th day of May, 2019.

_____
DISTRICT COURT JUDGE